UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL M. KIRCHBERGER AND
THERESA ANGELO,

                Plaintiffs,

vs.

VEGALO, LLC d/b/a FRONTIER
FINANCIAL GROUP,

                Defendant.

Civil Action No: 09-CV-0525

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Paul M. Kirchberger and Theresa Angelo, hereby voluntarily dismiss this action against Defendant, Vegalo, LLC d/b/a Frontier Financial Group, with prejudice.


DATED:     January 13, 2010

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884